# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# 3:01CR30MU

| UNITED STATES OF AMERICA | ) | |
| --- | --- | --- |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| JESSICA GALLIMORE, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**THIS MATTER** is before the Court upon Defendant's Motion to Terminate Probation. Pursuant to 18 U.S.C. § 3583(e)(1), the Court finds that Defendant has satisfied the terms of his supervised release for over one year satisfactorily. As neither the United States Probation Office nor the U.S. Attorney's Office have any objection, Defendant's motion is **GRANTED** and Defendant's supervised release is terminated.

**IT IS SO ORDERED**.

Signed: June 7, 2006

Graham C. Mullen
United States District Judge